IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KEVIN SROGA

VS.

De Jesus, et, al

12 CV 9288

Honorable Andrea R. Wood

FILED

MAR 1 1 2014

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

Plaintiff's Response To The Court's Rule To Show Cause As to why this matter Should Not be Dismissed

Now comes the Plaintiff, KEVIN SROGA, who Files this response in regards to the court's Rule To Show Cause in regards to this cause, whereby the Plaintiff States as Follows:

1) Plaintiff acknowledges this case was Filed and the Honorable Feinerman Had Been assigned to it.

2) Plaintiff appeared each an every time this case was up before the Honorable Feinerman, as he was in reciept of the proper notifications of Docket Entries from the Clerk of the United States District Court.

3) Plaintiff further states that some time in November of 13, Plaintiff recieved notification that this matter was being removed from the Honorable Feinerman's call and was in the process of being reassigned to a different Honor.

4) Upon not hearing or recieving any information in regards to this, Plaintiff (when before the District Court on January 22nd 2014 involving his other case), took it upon himself to check the Clerk's docket entry via computer on the 20th Floor of this building.

5) Plaintiff Discovered (on this date) that the matter had been assigned to a new Judge, and that there had been two status dates set (in which Plaintiff acknowledges that he had missed both of them) And that the matter had been continued to March 13th 2014 on a Rule to Show Cause as to why this matter should not be dismissed.

6) Plaintiff states that since this matter had been transferred to your Honor, he has not been recieving the notification of Docket Entries.

7) Plaintiff (upon realizing this) Immediately spoke with the Clerk of the District Court. According to one particular clerk, she had stated

the Notification of Docket Entries (upon this court taking over) where not mailed out through the Clerks Office here.

8) This Individual stated that she seems to think that the Courts Deputy was involved some how because the initials that are next to the Docket Entries from when this court had taken over are not hers.

9) I Do Not Know if the Court has been having similar problems with other litigants, but the plaintiff states and continues to state that since this court has taken over, he has Not received Any Notifications from this court.

10) Plaintiff learned of this on January 22nd 2014 when he had to appear before in a different Court Room pertaining to different litigation concerning CPS - Chicago public Schools.

Wherefore, the plaintiff Respectfully moves this Honorable Court to accept the plaintiff's explanation as to the reasons why he had failed to appear on two seperate previous assigned court dates.

Respectfully submitted,