**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Kevin Sroga

                        Plaintiff,

v.                                                      Case No.: 1:12–cv–09288
                                                       Honorable Andrea R. Wood

De Jesus, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 12, 2014:

      MINUTE entry before the Honorable Jeffrey Cole: Settlement Conference is set for 8/7/2014 at 01:00 PM in Courtroom 1003. This is a firm date. Any request to alter this date MUST BE MADE BY MOTION AND NOTICED FOR HEARING. By 7/25/2014, plaintiff shall submit a written settlement demand to defendant, which provides a comprehensive assessment of the facts and applicable legal principles. By 8/1/2014, defendant will respond in kind with its offer and a comprehensive assessment of the facts and the applicable law. The demand and offer must reflect a good–faith assessment of the merits of the case, the risk inherent in the litigation, and the expense and delay (including dispositive motions, expert discovery, pretrial preparation, trial, post–trial motions, and appeal) of pursuing the cause rather than resolving it. A SETTLEMENT DEMAND THAT IS EQUAL TO WHAT THE PLAINTIFF THINKS IS RECOVERABLE AT TRIAL IS NOT A GOOD FAITH SETTLEMENT DEMAND, AND A DEFENDANTS RESPONSE MUST CONTAIN A COUNTER OFFER, UNLESS OF COURSE, THE DEFENDANT DOES NOT INTEND TO PAY ANY AMOUNT, WHICH IS HIS/HER RIGHT. All parties are directed to refer to and must review my "Instructions and Procedures for Settlement Conferences," available at "www.ilnd.uscourts.gov" and to comply with its directives before appearing at the settlement conference. Parties with FULL AUTHORITY to settle must be personally present at the conference. FULL AUTHORITY DOES NOT MEAN PRESCRIBED AUTHORITY BEYOND WHICH THE PERSON ATTENDING THE CONFERENCE MAY NOT PROCEED WITHOUT FURTHER CONSULTATION. A member of either parties in–house legal department shall not qualify as a person with full authority. A member of either parties in–house legal department shall not qualify as a person with full authority. Participation by telephone will not be permitted. As provided in the instructions, plaintiff's counsel shall deliver copies of the required settlement letters to the courtroom deputy in Room 1010 from both plaintiff and defendant by no later than (4) business days before the conference. All settlement documents must have protruding tabs separating exhibits or attachments, pursuant to Local Rule 5.2(e). Non–compliance with the 4–day Rule makes it difficult and often impossible for the conference to proceed effectively. Failure to comply with the 4–day Rule may necessitate cancellation of the conference. Parties cannot unilaterally agree to cancel a scheduled settlement conference. Permission not to proceed must be obtained from the court pursuant to written motion, and any party wishing to vary any of the

procedures set forth in the standing order must make an appropriate request by written motion prior to the exchange of settlement letters described above. FAILURE OF THE PARTIES TO COMPLY WITH ANY OF THE REQUIREMENTS OF THIS ORDER, MAY NECESSITATE IN THE SETTLEMENT CONFERENCE BEING STRICKEN, AND THE PARTIES RESUBMITTING SETTLEMENT POSITION LETTERS. IT MAY ALSO RESULT IN A SUBSTANTIAL MONETARY SANCTION WITH THE NON−COMPLIANT PARTY BEING RESPONSIBLE FOR ANY FEES AND COSTS INCURRED BY THE COMPLIANT PARTY. In support of their settlement demands, each party must submit evidence of at least three settlements or verdicts in comparable cases.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.