UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN SROGA, <br><br> *Plaintiff*, <br><br> v. <br><br> THE CITY OF CHICAGO, SGT. DE JESUS and SIX (6) ADDITIONAL JOHN DOE CHICAGO POLICE OFFICERS <br><br> *Defendant*. | Case No. 12-cv-9288 <br><br> Judge Andrea R. Wood <br><br> Magistrate Judge Jeffrey Cole |

**PLAINTIFF'S *UNOPPOSED* MOTION FOR
LIMITED APPEARANCE OF SETTLEMENT COUNSEL**

Plaintiff Kevin Sroga ("Plaintiff"), by and through his undersigned counsel, moves the Court for an Order granting Courtney C. Booth of Edelson PC a limited appearance before this Court as settlement counsel on behalf of Plaintiff. In support of the instant motion, Plaintiff states as follows:

1. Ms. Booth has been admitted to practice in the State of Illinois (Bar Number 6312384) and the United States District Court for the Northern District of Illinois.

2. She is a member of good standing in both jurisdictions and there are no disciplinary proceedings against her.

3. Ms. Booth has previously participated in the Settlement Assistance Program and works at the law firm of Edelson PC with Jay Edelson, who was recently appointed Settlement Assistance Counsel. (Dkt. 52.)

4. In order to most effectively attempt resolution of this matter, Ms. Booth seeks to be appointed by this Court solely for the limited purpose of assisting Plaintiff in the settlement

proceedings.

5. Plaintiff's counsel has conferred with counsel for The City of Chicago and is authorized to state that The City of Chicago has no opposition to her limited appearance for settlement purposes.

**WHEREFORE,** Plaintiff Kevin Sroga respectfully requests an Order (i) granting the instant motion, (ii) appointing Ms. Booth solely for the limited purpose of assisting Plaintiff in the settlement proceedings of this case, and (iii) awarding such other and further relief as this Court deems equitable and just.

                                                 Respectfully submitted,

                                                 **KEVIN SROGA**,

Dated: July 3, 2014                       By:  /s/ Courtney C. Booth
                                                     One of Plaintiff's Attorneys

                                                 Jay Edelson
                                                 jedelson@edelson.com
                                                 Courtney C. Booth*
                                                 cbooth@edelson.com
                                                 EDELSON PC
                                                 350 North LaSalle Street, Suite 1300
                                                 Chicago, Illinois 60654
                                                 Tel: 312.589.6370
                                                 Fax: 312.589.6378

                                                 * Seeking Limited Appointment as Settlement
                                                 Counsel

**CERTIFICATE OF SERVICE**

      I, Courtney C. Booth, an attorney, hereby certify that on July 3, 2014, I caused to be served the above and foregoing ***Plaintiff's Unopposed Motion for Limited Appearance of Settlement Counsel*** by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system, on this the 3rd day of July, 2014.

                                                /s/ Courtney C. Booth
                                                Courtney C. Booth